**Order entered May 17, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00115-CV

### SHEILA TAYLOR, Appellant

### V.

### WELLS FARGO, Appellee

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-16-00369-E**

## ORDER

The reporter's record in this case is overdue. By letter dated April 17, 2016, the court reporter informed the Court that no written request or payment arraignments had been made. By letter dated April 18, 2016, we instructed appellant to provide (1) notice that appellant had requested preparation of the reporter's record, and (2) written verification that appellant had paid or made arrangements to pay for the reporter's record or written documentation that appellant had been found entitled to proceed without payment of costs. We cautioned appellant that failure to comply with the order by April 28, 2016 would result in the case being submitted without the reporter's record. To date, the reporter's record has not been filed and appellant has not provided the required documentation or otherwise corresponded with the Court regarding the status of the reporter's record.

Therefore, we **ORDER** this appeal submitted without a reporter's record. Appellant's brief is due **THIRTY DAYS** from the date of this order.

.

/s/     CRAIG STODDART
JUSTICE